Dorothy E. Gumbs, Doing Business as D. E. Electric Company, Respondent, v. Credit Assets Corporation, Appellant.— Order denying defendant's motion for judgment dismissing the complaint and for the relief demanded in the answer and to strike out part of the reply affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

Halock Building Corporation, Respondent, v. H. K. H. Realty Co., Inc., and Others, Defendants, Impleaded with Rome Garage, Inc., Appellant.— Order striking out amended answer of Rome Garage, Inc., and granting summary judgment to plaintiff affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

Charles Heep, Respondent, v. Frances Cabel, Appellant.— Order reversed on the law, without costs, and the motion denied, without costs. The court was without power to grant a special preference to the plaintiff under subdivision 21 of section 138 of the Civil Practice Act. Preferences provided for by that section are granted only over the issues noticed for the same term. (*Yorkshire Ins. Co., Ltd.*, v. *Raw Fur & Skin Trading Co.*, 233 App. Div. 486; *Weinberg* v. *National Transportation Co., Inc.*, 239 id. 905.) Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

Giovanni Ianiello, Respondent, v. Francesco Miceli and Others, Appellants, Impleaded with Others, Defendants.— Order modified by striking out the provision for ten dollars costs to plaintiff, and, as so modified, affirmed, without costs. In our opinion, it was improper for the court below to grant plaintiff costs on this motion for discontinuance. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.